AUDLEY CLARKE, Respondent, v. BOROUGH ASPHALT COMPANY, Appel-

lant, Impleaded with DANIEL J. McCoy, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.